# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEVIN JAMES TEEMAN, ANDREA JOY LYONS, *Plaintiff* v. STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., *Defendant* | Civil Action No. 1:16-CV-3040-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiffs' Motion for Summary Judgment (ECF No. 26) is DENIED.
Defendants' Motion for Summary Judgment (ECF No. 19) is GRANTED.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on motions for Summary Judgment (ECF Nos. 19, 26).

Date: September 26, 2017

*CLERK OF COURT*

SEAN F. McAVOY

Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry